IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELBERT BRYCE CUMMINGS, JR.**  **PLAINTIFF**
**ADC #104497**

v.   Case No: 4:21-CV-00698-LPR

**MARK DERRICK**  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed on this date, it is considered, ordered, and adjudged that plaintiff Elbert Bryce Cummings, Jr.'s complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 17th day of August, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE